No. 1, Misc.   WATKINS v. INDIANA ET AL.;
No. 3, Misc.   REAVIS v. NIERSTHEIMER, WARDEN;
No. 5, Misc.   VIALVA v. SHAW, DIRECTOR;
No. 6, Misc.   FIELDS v. PARKER, WARDEN;
No. 7, Misc.   MORRIS v. DELAWARE;
No. 8, Misc.   DRAKOS v. NIERSTHEIMER, WARDEN;
No. 9, Misc.   DONNELL v. STEWART, ACTING WARDEN;
No. 10, Misc.   HANSON v. SMYTH, SUPERINTENDENT;
No. 11, Misc.   McCAULEY v. RAGEN, WARDEN;
No. 13, Misc.   GODWIN v. SMYTH, SUPERINTENDENT;
No. 17, Misc.   MINER v. RAGEN, WARDEN;
No. 21, Misc.   EX PARTE TRENT;
No. 23, Misc.   BANTZ v. SQUIER, WARDEN; and
No. 26, Misc.   UNITED STATES EX REL. McAULIFFE v. PENNSYLVANIA.   October 14, 1946.   The motions for leave to file petitions for writs of habeas corpus are denied.

No. 12, Misc.   HOUSE v. MAYO, PRISON CUSTODIAN, ET AL.   October 14, 1946.   The motions for leave to file petitions for writs of habeas corpus and certiorari are denied.

No. 4, Misc.   WRIGHT v. CLARK, ATTORNEY GENERAL, ET AL.   October 14, 1946.   The application to withdraw the motion for leave to file petition for writ of habeas corpus is granted.

No. 27, Misc.   UNITED STATES EX REL. McCOLLISTER v. RAGEN, WARDEN.   October 14, 1946.   The motion for leave to file petition for writ of mandamus is denied.

No. 2, Misc.   SLIVENSKY v. NEW JERSEY;
No. 14, Misc.   McMILLAN ET AL. v. TAYLOR ET AL.;